AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
03/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE  DEPUTY

FILED
Mar 16, 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY: Nancy Boehme
Deputy Clerk, U.S. District Court

United States of America

v.

CHARLES RICHARD GREEN,

Defendant.

Case No. 8:21-mj-00193-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 28, 2020 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

Meagan M. Buckley
*Complainant's signature*

Meagan M. Buckley, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 16, 2021

**DOUGLAS F. McCORMICK**
*Judge's signature*

City and state: Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
*Printed name and title*

AUSA: D. Ahn (x3539)

## AFFIDAVIT

I, Meagan M. Buckley, being duly sworn, declare and state as follows:

## PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Charles Richard Green ("GREEN") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2016. I received basic law enforcement training at the FBI Academy in Quantico, Virginia from June 2016 to November 2016. This training included segments on conducting criminal investigations, narcotics identification, gang suppression, and other law enforcement topics. From December 2016 to January 2021, I was assigned to the Los Angeles Metropolitan Task Force

on Violent Gangs conducting investigations of the Mara Salvatrucha criminal street gang ("MS-13"). Since January 2021, I have been assigned to the Orange County Violent Gang Task Force ("OCVGTF"), which is a multi-agency task force investigating the criminal activities of violent gangs in the Orange County area.

4. Prior to working for the FBI, I was an Assistant District Attorney with the Essex County District Attorney's Office in Salem, Massachusetts from March 2014 to June 2016. During this time, I was assigned to work fugitive, narcotic, firearm, and gang prosecutions as well as general crimes.

5. During my tenure with the FBI, I have participated in numerous investigations of violent crime, drug trafficking organizations, and large-scale street gangs, including criminal enterprise investigations that have involved court-authorized interception of wire, oral, and electronic communications. I have participated in the investigation and prosecution of Racketeer Influenced and Corrupt Organizations Act ("RICO") violations in this district. I have become familiar with the methods, language, structures, and criminal activities of street gangs and transnational gangs operating in and through this judicial district. I have become familiar with the street and leadership level extortion collection activities of these gangs. I have become familiar with the types and amount of profit made by narcotics smugglers and the methods, language, and terms which are used to disguise the source and nature of the profits from their illegal narcotic dealings.

6. During the course of my career, I have personally interviewed numerous gang members and narcotics traffickers in the gang and narcotics criminal enterprise investigations I have worked. I have participated in the debriefing of cooperating defendants, witnesses, confidential human sources, and defendants who had personal knowledge regarding criminal street gang activity, major narcotics trafficking organizations, and other criminal offenses, including violent crimes. Through these efforts, I have become very familiar with the methods used by gang members and narcotics traffickers. Specifically, I have become knowledgeable about the investigative techniques that are useful and viable in certain situations and those that are not. I have also consulted with other investigators who have extensive training and experience in criminal enterprises and financial investigations. I have executed numerous search warrants for gang and narcotics investigations seeking evidence of the trafficking of controlled substances, weapons violations, gang indicia, and violent crimes.

**SUMMARY OF PROBABLE CAUSE**

7. On August 28, 2020, Anaheim Police Department dispatch notified Anaheim police officers that a party reported being carjacked by a subject named "Cody" and that a firearm was used in the commission of the carjacking. The subject was driving a black Honda with California license plate 8KRW273. Anaheim Police Officers on patrol observed the black Honda with California license plate 8KRW273 and conducted a vehicle stop. The officers ordered the occupants of the vehicle to exit the

vehicle. The driver, later identified as GREEN, and the passenger, later identified as Cody Rodas, exited the vehicle. GREEN was detained and advised of his Miranda rights. GREEN spontaneously stated that there was a loaded firearm in the backseat of the vehicle. GREEN said the firearm was registered to his girlfriend and that GREEN had taken the firearm from his girlfriend three weeks prior to the stop. Based on the carjacking from which the original dispatch resulted, Newport Beach Police Detectives wrote a search warrant for GREEN's vehicle. A loaded Glock 26 firearm was located in the backseat of the vehicle. A certified nexus examiner viewed the firearm and the ammunition that was loaded into the firearm. He found that the firearm and the ammunition were manufactured outside of California and had therefore traveled in interstate commerce. GREEN is a convicted felon.

**STATEMENT OF PROBABLE CAUSE**

8. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   GREEN's Criminal History**

9. On March 12, 2021, I reviewed GREEN's criminal history, as reflected on his National Crime Information Center report, and found the following:

    a.   On April 2, 2010, GREEN was sentenced to two years in prison for a felony charge of Second Degree Burglary, in violation of California Penal Code § 460(B), case number 10NF909.

    b. On March 18, 2016, GREEN was sentenced to three years in state prison for a felony charge of Assault with a Deadly Weapon, Possible Great Bodily Injury, in violation of California Penal Code § 245(A), case number 14NF0525.

    c. On March 18, 2016, GREEN was convicted of a felony charge of False Imprisonment, in violation of California Penal Code § 236, case number 14NF0525.

  **B.** **Law Enforcement Conducts a Vehicle Stop on GREEN and Finds GREEN in Possession of a Firearm and Ammunition**

 10. On August 28, 2020, at approximately 11:55 a.m., Anaheim Police Sergeant J. McClintock was working as a Patrol Sergeant in uniform and in a marked police vehicle. Sergeant McClintock received a radio dispatch regarding a possible carjacking suspect seen in the area of Lincoln Avenue and the I-5 Interstate. Anaheim Police Dispatch advised that the victim was carjacked in Newport Beach on August 26, 2020. Anaheim Police Dispatch further advised that the suspect had been seen seated inside a black Honda driving in the area with a license plate of "8KRW273."

    a. Based on my review of reports in the carjacking case, the victim reported being carjacked by a subject named "Cody" and that a firearm was used in the commission of the carjacking. In addition, I understand that there were two cars identified in the search warrant: (1) the carjacking victim's vehicle (a black BMW); and (2) GREEN's Honda. The victim stated that he tracked and followed his phone, in his vehicle, to

Anaheim, saw the carjacking subject in GREEN's car, and called the police.

11.  Sergeant McClintock responded to the area of West Street, north of Broadway, and waited for additional officers to respond.  While stopped, Sergeant McClintock observed a black Honda with the license plate of "8KRW273."  The black Honda turned westbound on Chestnut Street and Sergeant McClintock began following the Honda.  The Honda turned northbound on Walnut Street and then eastbound on Center Street.  The Honda reached the cul-de-sac east of Walnut Street and began to turn around.  At that point, Sergeant McClintock activated his overhead lights and siren and stopped in front of the Honda, preventing the Honda from exiting the cul-de-sac.  Sergeant McClintock ordered the occupants of the Honda to exit the vehicle.

12.  The driver, later identified as GREEN, and the passenger, later identified as Cody Rosas, complied and exited the vehicle with their hands up.  Other officers arrived to assist Sergeant McClintock.  McClintock and the supporting officers detained GREEN and Rosas and checked the vehicle for additional passengers.

    **C.   GREEN Admits to Possessing the Firearm**

13.  Officer K. Gulley handcuffed GREEN and moved GREEN away from the vehicle.  As Officer Gulley requested GREEN's information, GREEN spontaneously stated that he had a Glock 26 handgun in the vehicle.  GREEN said that the firearm belonged to his wife.

14. Officer Zottneck then asked that GREEN have a seat on a nearby curb, and GREEN complied. At this point, GREEN made another spontaneous statement, saying again that there was a gun inside the vehicle. GREEN told Officer Zottneck that he took the gun from his girlfriend and the firearm was registered to his girlfriend. GREEN got into an argument with his girlfriend and took the firearm. GREEN said that he had been at a hotel in Santa Ana and had not seen his girlfriend in over three weeks. GREEN told Officer Zottneck that the vehicle was registered to him.

**D.   Search Warrant for GREEN's Vehicle**

15. Based on the carjacking that prompted the original dispatch, Newport Beach Police Detective W. Depweg wrote a search warrant for GREEN's vehicle, a 2016 Black Honda Accord, California License 8KRW273, Vehicle Identification Number (VIN) 1HGCR2F5XGA195242. The vehicle was confirmed to be registered to GREEN at 7552 Volga Drive, Huntington Beach, CA 92647. On August 28, 2020, the Honorable Judge L. Hurtwitz signed the search warrant.

16. Later the same day, on August 28, 2020, Detective Depweg conducted a search of GREEN's vehicle. Inside the right rear passenger compartment was a vehicle invoice in GREEN's name and a black backpack containing miscellaneous .40 caliber ammunition. In the front passenger seat rear pocket, Detective Depweg located a Glock, Model 26, 9mm caliber semi-automatic pistol, Serial Number BFTF313, loaded with nine 9mm rounds, including one in the chamber. The firearm was registered to

Cecilia Green at 2113 Obara Place, Apartment C, Santa Ana, CA 92705. This is the same address provided by GREEN during the stop.

17. On August 28, 2020, Detective Depweg met with GREEN and Rosas at Newport Beach Police Department Jail and obtained [via consent] buccal swabs from both GREEN and Rosas. Detective Depweg provided GREEN with Miranda warnings. GREEN did not wish to provide a further statement.

    **E.    Interstate Nexus**

18. On February 18, 2021, FBI Task Force Officer ("TFO") Farshid Hashempour, who is a certified interstate nexus examiner, examined the firearm and ammunition found in GREEN's vehicle. TFO Hashempour confirmed that the firearm and the ammunition were manufactured outside of California. Because the firearm and ammunition were found in California, it is TFO Hashempour's opinion that the firearm and ammunition traveled in and affected interstate commerce.

**CONCLUSION**

19. For the reasons described above, there is probable cause to believe that GREEN has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and
//
//

Ammunition.

Attested by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 16 th day of March, 2021.

**DOUGLAS F. McCORMICK**
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

9